## Commonwealth *v.* Miller, Appellant.

Submitted September 10, 1973. *Thomas E. Harting,* for appellant; *Ronald L. Buckwalter,* First Assistant District Attorney, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Mills, Appellant.

Argued September 14, 1973. *Nicholas M. D'Alessandro,* for appellant; *Louis Perez,* Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.